NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANOFI-AVENTIS DEUTSCHLAND GMBH,**
*Plaintiff-Appellee,*

**v.**

**GENENTECH, INC.,**
*Defendant-Appellant,*

AND

**BIOGEN IDEC INC.,**
*Defendant.*

---

2012-1454

---

Appeal from the United States District Court for the Northern District of California in consolidated case nos. 08-CV-4909 and 09-CV-4919, Judge Susan Illston.

---

## ON MOTION

---

## ORDER

Genentech, Inc. moves for the court to schedule oral argument in the case in September. Sanofi-Aventis Deutschland GmbH opposes.

By the time the motion was received by the court, the September calendar had been scheduled. The court previously denied a motion to expedite oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Oral argument will be scheduled in the usual course.

FOR THE COURT

SEP 1 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: William E. Solander, Esq.
    Charles K. Verhoeven, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2012

JAN HORBALY
CLERK